UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:                                                      CHAPTER 13
ACHIEL P. MINNE
MARION R. MINNE                           CASE NO.  15-81178

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**     JPMorgan Chase                     **Court claim #: 5**

**Last four digits** of any number used to identify the debtor's account: 5847

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $720.11 |
| Amount Paid by Trustee | $720.11 |

| *Monthly ongoing Mortgage Payment* |
|---|
| Mortgage is paid: |
| ☐ Thru the Chapter 13 Plan      ☒ Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   11/15/18                            /s/Lydia S. Meyer
                                                                     Lydia S. Meyer, Trustee
                                                                     308 W. State St., Suite 212
                                                                     Rockford, IL  61101

Certificate of Service
    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 15th Day of November, 2018

Dated:  11/15/18                             /s/Cynthia K. Burnard

JPMORGAN CHASE BANK, N.A.
3415 VISION DRIVE
ATTN:  DEPT OH4-7126
COLUMBUS, OH 432

CHASE MANHATTAN MORTGAGE CORP.
3415 VISION DRIVE
DEPT G7
COLUMBUS, OH 43219

ATTORNEY ANDREW NELSON
PIERCE & ASSOCIATES, PC
1 NORTH DEARBORN SUITE 1300
CHICAGO, IL 60602

CHASE RECORDS CENTER
ATTN: CORRESPONDENCE MAIL
MAIL CODE LA4-5555 700 KANSAS LANE
MONROE, LA 71203

JPMORGAN CHASE BANK, N.A.
C/O HEAVNER, SCOTT, BEYERS & MIHLAR. LLC
POST OFFICE BOX 740
DECATUR, IL 62525-0740

ACHIEL P. MINNE
25550 WEST WACKER DRIVE
LAKE VILLA, IL  60046

MARION R. MINNE
855 PORTSMOUTH DR.
ISLAND LAKE, IL  60042

BIZAR & DOYLE, LLC
ATTORNEY JOSEPH R. DOYLE
123 W. MADISON, SUITE 205
CHICAGO, IL  60602